**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

In re: FRY, DAVID S.  
      FRY, MICHEALENE R.

Case No. 11-26088-MKN

Chapter 7

_____,
Debtors

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

    LENARD E. SCHWARTZER, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $173,800.00 *(without deducting any secured claims)* | Assets Exempt: $101,936.88 |
| Total Distribution to Claimants: $2,172.48 | Claims Discharged Without Payment: $48,102.89 |
| Total Expenses of Administration: $1,827.63 | |

    3) Total gross receipts of $ 6,840.91 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 2,840.80 (see **Exhibit 2**), yielded net receipts of $4,000.11 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010)

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $110,000.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 1,827.63 | 1,827.63 | 1,827.63 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 45,685.52 | 39,200.86 | 39,200.86 | 2,172.48 |
| **TOTAL DISBURSEMENTS** | $155,685.52 | $41,028.49 | $41,028.49 | $4,000.11 |

    4)  This case was originally filed under Chapter 7 on October 12, 2011. The case was pending for 14 months.

    5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6)  An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 12/03/2012          By: /s/LENARD E. SCHWARTZER
                                                  Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

## EXHIBITS TO
## FINAL ACCOUNT

### EXHIBIT 1 –GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Exempt portion of tax refund | 1280-000 | 2,840.80 |
| CASH | 1129-000 | 60.00 |
| BANK OF AMERICA SAVINGS # 3954 | 1129-000 | 4.83 |
| BANK OF AMERICA CHECKING # 2527 | 1129-000 | 62.50 |
| BANK OF AMERICA SAVINGS #3941 | 1129-000 | 6.25 |
| 2011 REFUND | 1124-000 | 3,866.53 |
| **TOTAL GROSS RECEIPTS** | | **$6,840.91** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 –FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| DAVID & MICHEALENE FRY | DEBTORS' PORTION OF TAX REFUND | 8500-002 | 2,840.80 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$2,840.80** |

### EXHIBIT 3 –SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | BAC HOME LNS LP/CTRYWDE | 4110-000 | 110,000.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$110,000.00** | **$0.00** | **$0.00** | **$0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| LENARD E. SCHWARTZER | 2200-000 | N/A | 827.60 | 827.60 | 827.60 |
| LENARD E. SCHWARTZER | 2100-000 | N/A | 1,000.03 | 1,000.03 | 1,000.03 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | N/A | $1,827.63 | $1,827.63 | $1,827.63 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | N/A | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $0.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 -2 | MOUNTAINVIEW HOSPITAL | 7100-000 | 1,402.01 | 1,402.01 | 1,402.01 | 80.77 |
| 2 | Chase Bank USA, N.A. | 7100-000 | 7,356.00 | 7,356.96 | 7,356.96 | 423.82 |
| 3 | Chase Bank USA, N.A. | 7100-000 | 3,925.00 | 4,028.19 | 4,028.19 | 232.05 |
| 4 | CANDICA, LLC | 7100-000 | N/A | 3,369.23 | 3,369.23 | 194.09 |
| 5 | Quantum3 Group LLC as agent for | 7100-000 | N/A | 318.96 | 318.96 | 18.37 |
| 6 | RC Willey | 7100-000 | 1,407.00 | 561.41 | 561.41 | 32.34 |
| 7 | Wells Fargo Card Services | 7100-000 | 4,269.00 | 4,269.19 | 4,269.19 | 245.93 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| 8 | GE CAPITAL RETAIL BANK | 7100-000 | 2,210.00 | 2,245.05 | 2,245.05 | 129.33 |
| 9 | Citibank, N.A. | 7100-000 | 2,097.00 | 2,097.06 | 2,097.06 | 120.80 |
| 10 | GE CAPITAL RETAIL BANK | 7100-000 | 1,011.00 | 1,011.18 | 1,011.18 | 58.25 |
| 11 | GE CAPITAL RETAIL BANK | 7100-000 | 2,125.00 | 2,125.51 | 2,125.51 | 122.44 |
| 12 | GE CAPITAL RETAIL BANK | 7100-000 | 4,057.00 | 4,057.61 | 4,057.61 | 233.74 |
| 13 | GE CAPITAL RETAIL BANK | 7100-000 | 961.00 | 961.11 | 961.11 | 55.37 |
| 14 | PYOD, LLC its successors and assigns as assignee | 7100-000 | 3,791.00 | 3,908.99 | 3,908.99 | 225.18 |
| 15 | CAPITAL ONE, N.A. | 7200-000 | N/A | 1,488.40 | 1,488.40 | 0.00 |
| NOTFILED | Childrens Place/CBSD | 7100-000 | 448.00 | N/A | N/A | 0.00 |
| NOTFILED | Barclays Bank Delaware | 7100-000 | 3,260.00 | N/A | N/A | 0.00 |
| NOTFILED | ALLIED COLLECTION SERVICE, INC. | 7100-000 | 415.00 | N/A | N/A | 0.00 |
| NOTFILED | FCNB Master Trust | 7100-000 | 1,380.00 | N/A | N/A | 0.00 |
| NOTFILED | DirecTV | 7100-000 | 482.51 | N/A | N/A | 0.00 |
| NOTFILED | MACY'S/DSNB | 7100-000 | 625.00 | N/A | N/A | 0.00 |
| NOTFILED | WFNNB/Victoria's Secret | 7100-000 | 278.00 | N/A | N/A | 0.00 |
| NOTFILED | kohls/chase | 7100-000 | 1,233.00 | N/A | N/A | 0.00 |
| NOTFILED | GE Money Bank | 7100-000 | 1,500.00 | N/A | N/A | 0.00 |
| NOTFILED | HSBC Best Buy | 7100-000 | 1,453.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $45,685.52 | $39,200.86 | $39,200.86 | $2,172.48 |

**UST Form 101-7-TDR (10/1/2010)**

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 11-26088-MKN  
**Case Name:** FRY, DAVID S.  
                FRY, MICHEALENE R.  
**Period Ending:** 12/03/12  

**Trustee:** (480250) LENARD E. SCHWARTZER  
**Filed (f) or Converted (c):** 10/12/11 (f)  
**§341(a) Meeting Date:** 11/14/11  
**Claims Bar Date:** 06/13/12  

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) | | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) DA=§554(c) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| Ref. # | | | | | | |
| 1 | 704 DOLORES DR., LAS VEGAS, NEVADA 89107 | 75,000.00 | 0.00 | DA | 0.00 | FA |
| 2 | CASH | 60.00 | 60.00 | | 60.00 | FA |
| 3 | BANK OF AMERICA CHECKING #2514 | 250.00 | 0.00 | DA | 0.00 | FA |
| 4 | BANK OF AMERICA SAVINGS # 3954 | 25.00 | 4.83 | | 4.83 | FA |
| 5 | BANK OF AMERICA CHECKING # 2527 | 250.00 | 62.50 | | 62.50 | FA |
| 6 | BANK OF AMERICA SAVINGS #3941 | 25.00 | 6.25 | | 6.25 | FA |
| 7 | 3 TV'S, 1 COMPUTER, FURNITURE | 1,500.00 | 0.00 | DA | 0.00 | FA |
| 8 | CD'S, VH'S MOVIES, PICTURES, BOOKS | 25.00 | 0.00 | DA | 0.00 | FA |
| 9 | JEWELRY | 200.00 | 0.00 | DA | 0.00 | FA |
| 10 | 2 CAMARES | 200.00 | 0.00 | DA | 0.00 | FA |
| 11 | 22 RIFFEL | 100.00 | 0.00 | DA | 0.00 | FA |
| 12 | 22 RIFEL | 100.00 | 0.00 | DA | 0.00 | FA |
| 13 | 410 SHOTGUN | 100.00 | 0.00 | DA | 0.00 | FA |
| 14 | 22 DARRENGER | 60.00 | 0.00 | DA | 0.00 | FA |
| 15 | 25 PISTOL | 75.00 | 0.00 | DA | 0.00 | FA |
| 16 | 22 PISTOL | 90.00 | 0.00 | DA | 0.00 | FA |
| 17 | 22 PISTOL | 100.00 | 0.00 | DA | 0.00 | FA |
| 18 | 401K | 90,000.00 | 0.00 | DA | 0.00 | FA |
| 19 | 2011 REFUND | 1,475.00 | 3,866.53 | | 3,866.53 | FA |
| 20 | 1996 GMC TRUCK | 3,000.00 | 0.00 | DA | 0.00 | FA |
| 21 | 1999 MONTE CARLO (DOESN'T RUN) | 500.00 | 0.00 | DA | 0.00 | FA |
| 22 | 1999 CHEVY S10 | 2,500.00 | 0.00 | DA | 0.00 | FA |
| **22** | **Assets**    **Totals** (Excluding unknown values) | **$175,635.00** | **$4,000.11** | | **$4,000.11** | **$0.00** |

**Major Activities Affecting Case Closing:**

Exhibit 8

Page: 2

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 11-26088-MKN  
**Case Name:** FRY, DAVID S.  
FRY, MICHEALENE R.  
**Period Ending:** 12/03/12

**Trustee:**  (480250)  LENARD E. SCHWARTZER  
**Filed (f) or Converted (c):** 10/12/11 (f)  
**§341(a) Meeting Date:** 11/14/11  
**Claims Bar Date:** 06/13/12

| 1<br>**Asset Description**<br>**(Scheduled And Unscheduled (u) Property)**<br>**Ref. #** | 2<br>**Petition/**<br>**Unscheduled**<br>**Values** | 3<br>**Estimated Net Value**<br>**(Value Determined By Trustee,**<br>**Less Liens, Exemptions,**<br>**and Other Costs)** | 4<br>**Property**<br>**Abandoned**<br>**OA=§554(a)**<br>**DA=§554(c)** | 5<br>**Sale/Funds**<br>**Received by**<br>**the Estate** | 6<br>**Asset Fully**<br>**Administered (FA)/**<br>**Gross Value of**<br>**Remaining Assets** |
|---|---|---|---|---|---|

**Initial Projected Date Of Final Report (TFR):**   October 31, 2013     **Current Projected Date Of Final Report (TFR):**     August 3, 2012  (Actual)

Printed: 12/03/2012 04:45 PM    V.13.04

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 11-26088-MKN
**Case Name:** FRY, DAVID S.
FRY, MICHEALENE R.
**Taxpayer ID #:** **-***3627
**Period Ending:** 12/03/12

**Trustee:** LENARD E. SCHWARTZER (480250)
**Bank Name:** The Bank of New York Mellon
**Account:** 9200-******49-66 - Checking Account
**Blanket Bond:** $3,500,000.00  (per case limit)
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 06/26/12 | | IRS | TAX REFUND; BANK ACCOUNTS | | 6,840.91 | | 6,840.91 |
| | {19} | | Non-exempt portion of tax refund    3,866.53 | 1124-000 | | | 6,840.91 |
| | {2} | | Exempt portion of tax refund applied against non-exempt asset    60.00 | 1129-000 | | | 6,840.91 |
| | {4} | | Exempt portion of tax refund applied against non-exempt asset    4.83 | 1129-000 | | | 6,840.91 |
| | {5} | | Exempt portion of tax refund applied against non-exempt asset    62.50 | 1129-000 | | | 6,840.91 |
| | {6} | | Exempt portion of tax refund applied against non-exempt asset    6.25 | 1129-000 | | | 6,840.91 |
| | | | Exempt portion of tax refund    2,840.80 | 1280-000 | | | 6,840.91 |
| 07/05/12 | 101 | DAVID & MICHEALENE FRY | DEBTORS' PORTION OF TAX REFUND | 8500-002 | | 2,840.80 | 4,000.11 |
| 11/01/12 | 102 | MOUNTAINVIEW HOSPITAL | Dividend paid   5.76% on $1,402.01; Claim# 1-2; Filed: $1,402.01; Reference: 1399 | 7100-000 | | 80.77 | 3,919.34 |
| 11/01/12 | 103 | Chase Bank USA, N.A. | Dividend paid   5.76% on $7,356.96; Claim# 2; Filed: $7,356.96; Reference: 0082 | 7100-000 | | 423.82 | 3,495.52 |
| 11/01/12 | 104 | Chase Bank USA, N.A. | Dividend paid   5.76% on $4,028.19; Claim# 3; Filed: $4,028.19; Reference: 1543 | 7100-000 | | 232.05 | 3,263.47 |
| 11/01/12 | 105 | CANDICA, LLC | Dividend paid   5.76% on $3,369.23; Claim# 4; Filed: $3,369.23; Reference: 1763 | 7100-000 | | 194.09 | 3,069.38 |
| 11/01/12 | 106 | Quantum3 Group LLC as agent for | Dividend paid   5.76% on $318.96; Claim# 5; Filed: $318.96; Reference: 4631 | 7100-000 | | 18.37 | 3,051.01 |
| 11/01/12 | 107 | RC Willey | Dividend paid   5.76% on $561.41; Claim# 6; Filed: $561.41; Reference: 1870 | 7100-000 | | 32.34 | 3,018.67 |
| 11/01/12 | 108 | Wells Fargo Card Services | Dividend paid   5.76% on $4,269.19; Claim# 7; Filed: $4,269.19; Reference: 8345 | 7100-000 | | 245.93 | 2,772.74 |
| 11/01/12 | 109 | GE CAPITAL RETAIL BANK | Dividend paid   5.76% on $2,245.05; Claim# 8; Filed: $2,245.05; Reference: 3348 | 7100-000 | | 129.33 | 2,643.41 |
| 11/01/12 | 110 | Citibank, N.A. | Dividend paid   5.76% on $2,097.06; Claim# 9; Filed: $2,097.06; Reference: 2340 | 7100-000 | | 120.80 | 2,522.61 |
| 11/01/12 | 111 | GE CAPITAL RETAIL BANK | Dividend paid   5.76% on $1,011.18; Claim# 10; Filed: $1,011.18; Reference: 7155 | 7100-000 | | 58.25 | 2,464.36 |
| 11/01/12 | 112 | GE CAPITAL RETAIL BANK | Dividend paid   5.76% on $2,125.51; Claim# | 7100-000 | | 122.44 | 2,341.92 |

Subtotals :    $6,840.91    $4,498.99

{} Asset reference(s)

Printed: 12/03/2012 04:45 PM    V.13.04

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

**Case Number:** 11-26088-MKN  
**Case Name:** FRY, DAVID S.  
FRY, MICHEALENE R.  
**Taxpayer ID #:** **-***3627  
**Period Ending:** 12/03/12

**Trustee:** LENARD E. SCHWARTZER (480250)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******49-66 - Checking Account  
**Blanket Bond:** $3,500,000.00 (per case limit)  
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| | | | 11; Filed: $2,125.51; Reference: 8355 | | | | |
| 11/01/12 | 113 | GE CAPITAL RETAIL BANK | Dividend paid 5.76% on $4,057.61; Claim# 12; Filed: $4,057.61; Reference: 9038 | 7100-000 | | 233.74 | 2,108.18 |
| 11/01/12 | 114 | GE CAPITAL RETAIL BANK | Dividend paid 5.76% on $961.11; Claim# 13; Filed: $961.11; Reference: 3549 | 7100-000 | | 55.37 | 2,052.81 |
| 11/01/12 | 115 | PYOD, LLC its successors and assigns as assignee | Dividend paid 5.76% on $3,908.99; Claim# 14; Filed: $3,908.99; Reference: 8007 | 7100-000 | | 225.18 | 1,827.63 |
| 11/01/12 | 116 | LENARD E. SCHWARTZER | COMBINED CHECK FOR TRUSTEE COMPENSATION, EXPENSES AND INTEREST | | | 1,827.63 | 0.00 |
| | | | Dividend paid 100.00% 1,000.03 on $1,000.03; Claim# TEEFEES; Filed: $1,000.03 | 2100-000 | | | 0.00 |
| | | | Dividend paid 100.00% 827.60 on $827.60; Claim# TEEEXPS; Filed: $827.60 | 2200-000 | | | 0.00 |
| | | | **ACCOUNT TOTALS** | | 6,840.91 | 6,840.91 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 6,840.91 | 6,840.91 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$6,840.91** | **$6,840.91** | |

```
Net Receipts :                    6,840.91
Less Other Noncompensable Items : 2,840.80
                                  _____
Net Estate :                     $4,000.11
```

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| Checking # 9200-******49-66 | 6,840.91 | 6,840.91 | 0.00 |
| | **$6,840.91** | **$6,840.91** | **$0.00** |

{} Asset reference(s)